# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO PAYNE, | 1:09-cv-00127-GSA-PC |
| Plaintiff, | ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| A. HEDGPETH, et al., | |
| Defendants. | (Doc. 7.) |

Plaintiff Orlando Payne ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on January 21, 2009. (Doc. 1.) On January 30, 2009, plaintiff consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and no other party has appeared in this action. (Doc. 5.) On March 27, 2009, plaintiff filed a first amended complaint.[1] (Doc. 7.) The court screened plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against defendants B. Gonzales, M. Tafoya, K. Harrington, and T. Billings.[2] Fed. R. Civ. P. 8(a);

---

[1] Defendant A. Hedgpeth was named in plaintiff's original complaint but omitted as a defendant in the first amended complaint.

[2] In an order issued concurrently with this order, the court dismissed plaintiff's claims for verbal threats/harassment, conspiracy, violations of the prison appeals process, due process, discrimination, violations of the Americans for Disabilities Act, violations of the Fourth Amendment, and claims arising after plaintiff commenced this action for failure to state a claim, and dismissed defendants Sgt. Diaz, C/O R. Nunez, and C/O Rojo based on plaintiff's failure to state any claims against them.

1

Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008).

Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

   C/O B. GONZALES

   C/O M. TAFOYA

   K. HARRINGTON (WARDEN)

   T. BILLINGS (APPEALS COORDINATOR)

2. The Clerk of the Court shall send Plaintiff four (4) USM-285 forms, four (4) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint filed March 27, 2009 (Doc. 7);

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summonses;

   b. One completed USM-285 form for each defendant listed above; and

   c. Five (5) copies of the endorsed first amended complaint filed March 27, 2009;

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated: **May 27, 2009**           **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE

2