1

2

3

4

5

6

7               **UNITED STATES DISTRICT COURT**

8                  EASTERN DISTRICT OF CALIFORNIA

9

10   ORLANDO PAYNE,                           1:09-cv-00127-GSA-PC

11              Plaintiff,                    ORDER TO SHOW CAUSE WHY
                                              DEFENDANT TAFOYA SHOULD NOT BE
12        v.                                  DISMISSED FROM THIS ACTION

13   A. HEDGPETH, et al.,                     RESPONSE FROM PLAINTIFF DUE IN
                                              THIRTY DAYS
14              Defendants.
                                         /
15

16        Orlando Payne ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in

17   this civil rights action filed pursuant to 42 U.S.C. § 1983.   Plaintiff initiated this action on

18   January 21, 2009.  (Doc. 1.)  On March 27, 2009, plaintiff filed a first amended complaint.[1]

19   (Doc. 7.)  The court screened plaintiff's first amended complaint and found that it states

20   cognizable claims against defendants B. Gonzales, M. Tafoya, K. Harrington, and T. Billings.

21   (Doc. 11.)

22        On May 27, 2009, the court forwarded documents to plaintiff with instructions to

23   complete and return them to the court for service of process on defendants Gonzales, Tafoya,

24   Harrington, and Billings.  (Doc. 14.)  On June 16, 2009, the court ordered the U.S. Marshal to

25   initiate service of process upon defendants  Gonzales, Tafoya, Harrington, and Billings.  (Doc.

26   17.)

27   _____

28        [1]Defendant A. Hedgpeth was named in plaintiff's original complaint but omitted as a defendant in the first
     amended complaint.

                                              1

1    On October 13, 2009, defendants Gonzales, Harrington, and Billings filed an answer to

2  the first amended complaint.  (Doc. 20.)  On October 8, 2009, the U.S. Marshal filed a return of

3  service unexecuted as to M. Tafoya, stating that the Marshal was unable to locate the defendant.

4  (Doc. 19.)  The Marshal noted: "mailed 7/14/9; 9/18/09- per facility letter, not employed;

5  10/6/09- per CDC locator, several-unable to identify."  Id.

6    Plaintiff shall be ordered to show cause why defendant M. Tafoya should not be

7  dismissed from this action for failure to serve process.  Within thirty days, plaintiff shall file a

8  written response with the court explaining why defendant M. Tafoya should not be dismissed.  In

9  the alternative, plaintiff may file a non-opposition to the dismissal of defendant M. Tafoya.

10    Accordingly, IT IS HEREBY ORDERED that:

11    1.    Within thirty days from the date of service of this order, plaintiff shall file a

12        written response showing cause why defendant M. Tafoya should not be

13        dismissed from this action for failure to serve process;

14    2.    In the alternative, plaintiff may file a written non-opposition to the dismissal of

15        defendant M. Tafoya; and

16    3.    Plaintiff's failure to comply with this order shall result in a recommendation that

17        this action be dismissed.

18

19    IT IS SO ORDERED.

20    Dated:    October 16, 2009                    /s/ Gary S. Austin
                                                UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28