IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO PAYNE, | 1:09-cv-00127-AWI-GSA-PC |
|     Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
|   vs. | (Doc. 33.) |
| A. HEDGPETH, et al., | ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF |
|     Defendants. | (Doc. 6.) |

Orlando Payne ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 25, 2010, findings and recommendations were entered, recommending that plaintiff's motion for preliminary injunctive relief, filed on March 18, 2009, be denied. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on January 25, 2010, are adopted in full; and
2. Plaintiff's motion for preliminary injunctive relief, filed on March 18, 2009, is DENIED.

IT IS SO ORDERED.

**Dated:   March 17, 2010**                               /s/ Anthony W. Ishii
                                                          CHIEF UNITED STATES DISTRICT JUDGE